DISTRICT LODGE 34, LODGE 804, INTERNA-
TIONAL ASSOCIATION OF MACHINISTS, ET AL.
*v.* L. P. CAVETT CO.

No. 453. Decided November 12, 1957.

*J. W. Brown* and *Plato E. Papps* for petitioners.

*Leonard A. Weakley* for respondent.

PER CURIAM.

The petition for writ of certiorari is granted and the judgment of the Supreme Court of Ohio is reversed. *Amalgamated Meat Cutters* v. *Fairlawn Meats, Inc.,* 353 U. S. 20, 948; *Weber* v. *Anheuser-Busch, Inc.,* 348 U. S. 468; *Garner* v. *Teamsters Union,* 346 U. S. 485.